# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MINNESOTA

# INITIAL APPEARANCE

| | |
|---|---|
| UNITED STATES OF AMERICA, | COURTROOM MINUTES - CRIMINAL |
| Plaintiff, | BEFORE: ELIZABETH COWAN WRIGHT |
| | U.S. Magistrate Judge |
| v. | Case No: 25-mj-701 ECW |
| | Date: October 17, 2025 |
| Tyler Maxon Avalos, | Courthouse: St. Paul |
| | Courtroom: 3C |
| Defendant. | Time Commenced: 1:43 p.m. / 1:46 p.m. |
| | Time Concluded: 1:44 p.m. / 1:52 p.m. |
| | Time in Court: 7 minutes |

APPEARANCES:

Plaintiff: Raphael Coburn, Assistant U.S. Attorney
Defendant: James Becker, Assistant Federal Defender
      X FPD      X To be appointed

Date Charges Filed: October 16, 2025    Offense: Communications consisting of an online post containing a threat to injure the person of another.

    X Advised of Rights

on    X Complaint

X Government moves for a detention hearing.    X Granted.
X The Court finds detention hearing authorized, temporary detention ordered.

Next appearance date is Wednesday, October 22, 2025 at 10:00 a.m. before U.S. Magistrate Judge Elizabeth Cowan Wright in Courtroom 3C (STP) for:
  X Detention hrg    X Preliminary hrg

X Government moves to unseal the complaint but leave the affidavit sealed.    X Granted

Additional Information:
X Oral Rule5(f) Brady notice read on the record.
X Consular notice read on the record.

                                    _s/nah_
                                Signature of Courtroom Deputy