UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 25-mj-701

UNITED STATES OF AMERICA,

    Plaintiff,

v.

TYLER MAXON AVALOS,

    Defendant.

**NOTICE OF APPEARANCE**

Please add the following Assistant United States Attorney to the above-captioned case:

<u>add AUSA</u>

LeeAnn K. Bell

Dated: October 17, 2025

Respectfully submitted,

DANIEL N. ROSEN
United States Attorney

BY: <u>*s/LeeAnn K. Bell*</u>
LEEANN K. BELL
Assistant U.S. Attorney