IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

| UNITED STATES OF AMERICA, | ) | COURT MINUTES - CRIMINAL |
| --- | --- | --- |
| | ) | BEFORE: DOUGLAS L. MICKO |
| Plaintiff, | ) | U.S. Magistrate Judge |
| | ) | |
| v. | ) | Case No:         25-mj-701 ECW |
| | ) | Date:             October 22, 2025 |
| Tyler Maxon Avalos, | ) | Court Reporter: Tim Willette |
| | ) | Courthouse:    St. Paul |
| Defendant. | ) | Courtroom:     6B |
| | ) | Time Commenced: 10:34 a.m. |
| | ) | Time Concluded:  10:47 a.m. |
| | ) | Time in Court:      13 minutes |

X **PRELIMINARY HEARING**          X **DETENTION HEARING**

Time in Court Prelim/Detention: 2 minutes/11 minutes

APPEARANCES:

Plaintiff: LeeAnn Bell, Assistant U.S. Attorney
Defendant: Dan Gerdts
    X CJA


On  X Complaint

X Defendant waives the right to the preliminary hearing.
X Probable cause found. Defendant bound over to District Court of Minnesota.

X Personal Recognizance Bond set with conditions, see Order Setting Conditions of Release.


                                                                                      *s/nah*
                                                                    Signature of Courtroom Deputy